# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | |
| ANDREW LOZANO, | ORDER |
| Defendant. | |

Presently before the Court is Defendant Andrew Lozano's motion to compel (ECF No. 472), filed on December 13, 2017. Also before the Court are Defendants Robert Alan Coleman and Cesar Vaquera Morales' motions for joinder to the motion to compel (ECF Nos. 473 and 474).

On January 9, 2018, the Court held a hearing in this matter, and ordered the government to file a status report regarding the disputed discovery. The government filed its status report (ECF No. 489) on January 16, 2018. The Court then ordered (ECF No. 508) Mr. Lozano to submit his own status report regarding the motion. Based on the representations in Mr. Lozano's status report (ECF No. 520), it appears all issued relevant to this motion to compel have been resolved. No other party has filed any further briefing for this motion, so the Court will consider this matter closed.

IT IS THEREFORE ORDERED that Defendant Andrew Lozano's motion to compel (ECF No. 472) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motions for joinder (ECF No. 473 and 474) are GRANTED.

DATED: March 6, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1