DAYLE ELIESON
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
CHRISTOPHER BURTON
Assistant United States Attorneys
Nevada Bar No. 12940
DAVID N. KARPEL
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
daniel.schiess@usdoj.gov
christopher.burton4@usdoj.gov
david.karpel@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:16-cr-265-GMN-CWH |
| Plaintiff, | |
| v. | **Stipulation To Continue Response Deadline as to ECF No. 1198** |
| **Pastor Fausto Palafox**, et al | |
| Defendant. | |

The United States, by and through undersigned attorney, and defendant Palafox, by and through his undersigned attorneys, stipulate the government be

given until October 29, 2018, to respond to defendant's Motion to Suppress Evidence Obtained by Unlawful Wiretaps. ECF No. 1198.[1] The reasons are stated below.

On September 20, 2018, the Court granted the parties' stipulation to extend the defendant's filing date for his motion to suppress. That stipulation inadvertently gave the government fourteen days to respond instead of the thirty-or-so-day period provided for responses in the latest modification to the Complex Case Order, ECF No. 689.

The government needs the additional time to respond to the motion. The defendant filed his motion under seal on September 27, 2018, and it contains 86 pages counting the cover, table of contents, and table of authorities, and 78 pages not counting these items. He also filed a motion for leave to file an oversize brief. ECF No. 1197. The government filed a response opposing the motion for leave. ECF No. 1223. As of now, neither has the defendant filed a reply nor has the Court issued its ruling. The government believes it needs the Court's ruling on the motion for leave so it knows what it will be responding to.

The thirty-day response period would require the government to file its response on October 29, 2018, given that the thirtieth day falls on a weekend. Consistent with the amended complex case order, then defendant would then have

---

[1] Motions for joinder were filed by defendants Juarez (ECF No. 1216), Lozano (ECF No. 1243), and Gonzalez (ECF No. 1263).

fourteen days to file his reply. That due date would be November 13, 2018, because the fourteenth day is a Federal Holiday.

The additional time will not affect the scheduled trial date of January 28, 2019.

Respectfully submitted this 11th day of October, 2018.

                          DAYLE ELIESON
                          United States Attorney

                          */s/ Daniel R. Schiess*
                          DANIEL R. SCHIESS
                          CHRISTOPHER BURTON
                          CRISTINA D. SILVA
                          Assistant United States Attorneys
                          DAVID N. KARPEL
                          Trial Attorney

                          */S/ Amy Elizabeth Jacks*

                          BRET O. WHIPPLE
                          AMY ELIZABETH JACKS
                          Attorneys for Defendant PALAFOX

                          */s/ Paola M. Armeni*

                          PAOLA M. ARMENI
                          Attorney for Defendant LOZANO

                          */s/ Karen A. Connolly*

                          KAREN A. CONNOLLY
                          Attorney for Defendant JUAREZ

                          */s/ Michael J. Kennedy*

                          MICHAEL J. KENNEDY
                          Attorney for Defendant GONZALEZ

**ORDER**

IT IS HEREBY ORDERED that the deadline for the government to file its response to defendant's motion to suppress, ECF No. 1198, is extended from October 11, 2018, to October 29, 2018, and deadline for defendants to file his reply to the response is November 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2018