# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00265-GMN-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 2141) |
| ANDREW ELOY LOZANO, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to reopen detention hearing, Docket No. 2141, which the Court **GRANTS**. The Court **SETS** a reopened detention hearing for March 10, 2020, at 10:30 a.m., in Courtroom 3C.

IT IS SO ORDERED.

DATED: March 3, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE